**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-26837-GAYLES**

**BRIDLINGTON BUD LTD.,**

**Plaintiff,**

**v.**

**THE PARTNERSHIPS,**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A,**

**Defendants.**
______________________________________/

# ORDER

**THIS CAUSE** comes before the Court on Plaintiff Bridlington Bud Ltd.'s Motion for Entry of Default Judgment ("Motion"). [ECF No. 16]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On September 30, 2026, Plaintiff filed this action against Partnerships and Unincorporated Associations identified on Schedule A ("Defendants"), alleging claims for trademark infringement and false designation of origin. [ECF No. 1].
2. On October 14, 2026, pursuant to the Court's Order Authorizing Alternate Service of Process on Defendants, [ECF No. 9], Plaintiff served Defendants via e-mail, [ECF No. 13]. Defendants failed to timely answer or otherwise respond to the Complaint.
3. On November 5, 2026, on Plaintiff's motion, [ECF No. 14], the Clerk entered a default against Defendants. [ECF No. 15].
4. On November 12, 2026, Plaintiff filed the instant Motion seeking a default judgment against Defendants. [ECF No. 16].

5. As a result of Defendants' failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for trademark infringement and a false designation of origin.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, [ECF No. 16], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), Final Judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of November, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**