**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-26837-DPG**

**BRIDLINGTON BUD LTD,**

**Plaintiff,**

**v.**

**THE PARTNERSHIPS,**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A,**

**Defendants.**
______________________________________/

## FINAL DEFAULT JUDGEMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court on Plaintiff Bridlington Bud Ltd.'s Motion for Entry of Default Judgment ("Motion"). [ECF No. 16]. The Court granted the Motion in a separate Order, [ECF No. 18]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate default final judgment.

1. Jurisdiction. This Judgment is subject to the jurisdictional constraints of the Lanham Act. *See Steele v. Bulova Watch Co.*, 344 U.S. 280 (1952); *Int'l Café, S.A.L. v. Hard Rock Café Int'l (U.S.A.), Inc.*, 252 F.3d 1274, 1278–79 (11th Cir. 2001).

2. Permanent Injunctive Relief. As to each Defaulting Defendant listed on the attached Schedule A, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Order are hereby **PERMANENTLY RESTRAINED** and **ENJOINED** from:

   a. using Plaintiff's registered trademark in marketing, advertising, soliciting, selling or offering for sale, derivative or directly, which is not authorized by Plaintiff;

   b. further infringing on the TELOLY trademark;

c. Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant, and all those with notice of this Permanent Injunction, including, without limitation, all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Walmart, Inc., sponsored search engine or ad-word providers, credit card companies, merchant account providers, third-party processors and other payment processing service providers, and Internet search engines such as Google, Bing, and Yahoo (collectively, the "Third Party Providers"), and their related companies and affiliates, shall:

i. immediately and permanently discontinue the use of Plaintiff's registered trademark on or in connection with all Internet-based e-commerce stores owned, operated, or controlled by them, including the Internet-based e-commerce stores operating under the Seller Aliases; and

ii. apply any funds currently held in Defaulting Defendants' financial accounts toward satisfaction of the monetary judgment entered herein.

3. Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(c) are awarded in the amount of **$50,000.00** against each Defaulting Defendant identified on Schedule A, for one registered mark used in connection with one type of goods, for a total award of **$1,000,000.00.** This award is based upon the Court's finding that each Defaulting Defendant infringed Plaintiff's registered trademark. The Court considered both the willfulness of Defaulting Defendants' conduct and the deterrent value of the award

imposed, and the award falls within the permissible statutory range under 15 U.S.C. §1117(c).

4. All funds currently held on account for the Defaulting Defendants by any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace platform, including, but not limited to, Walmart, Inc. ("Walmart"), PayPal, Inc. ("PayPal"), Payoneer, Inc. ("Payoneer"), and their related companies and affiliates, shall be transferred to Plaintiff and/or Plaintiff's counsel within five (5) business days of receipt of notice of this Final Default Judgment, in partial satisfaction of the monetary judgment entered herein against each Defaulting Defendant, up to the amount of the judgment entered against that Defaulting Defendant. At the time the funds are released, each such entity shall provide Plaintiff a breakdown reflecting: (i) the total funds held per Defaulting Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defaulting Defendant's funds prior to release; and (iii) the total funds released per Defaulting Defendant to Plaintiff.

5. Post-judgment interest shall accrue from the date of entry of this Judgment at the rate set forth in 28 U.S.C. § 1961.

6. The Court retains jurisdiction to enforce this Judgment and permanent injunction.

7. The Court **ORDERS** execution to issue for this Final Default Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of November, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

**SCHEDULE A – DEFAULTING DEFENDANTS FOR DEFAULT JUDGMENT (20 DEFENDANTS)**

| Def. # | Seller Aliases | Defendants' Store URLs |
|---|---|---|
| 1 | junchifei | https://www.walmart.com/global/seller/103107629 |
| 2 | ouyishop | https://www.walmart.com/global/seller/103126453 |
| 3 | fusi | https://www.walmart.com/global/seller/103142683 |
| 4 | tushuostore | https://www.walmart.com/global/seller/103138253 |
| 5 | woting LTD | https://www.walmart.com/global/seller/103144148 |
| 6 | dieyi | https://www.walmart.com/global/seller/103147632 |
| 7 | longguo | https://www.walmart.com/global/seller/103142080 |
| 8 | lingya | https://www.walmart.com/global/seller/103146808 |
| 9 | jianqianshop | https://www.walmart.com/global/seller/102820267 |
| 10 | yangxueshop | https://www.walmart.com/global/seller/103145588 |
| 11 | shiqao | https://www.walmart.com/global/seller/102806818 |
| 12 | Yujesia Studio | https://www.walmart.com/global/seller/102826627 |
| 13 | xiaoxunshop | https://www.walmart.com/global/seller/103148240 |
| 14 | shuaibing | https://www.walmart.com/global/seller/103131995 |
| 15 | shuji | https://www.walmart.com/global/seller/103148812 |
| 16 | enjunshop | https://www.walmart.com/global/seller/103144879 |
| 17 | haoxinshop | https://www.walmart.com/global/seller/103128815 |
| 18 | linling | https://www.walmart.com/global/seller/103137303 |
| 19 | gaoyu | https://www.walmart.com/global/seller/103149402 |
| 20 | yishuoshop | https://www.walmart.com/global/seller/103141818 |